IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:10CV 028 WRW |
| | ) |
| JULIE NEWTON | ) |

## CONSENT JUDGMENT

This matter coming on before the Court at this time, the Court being informed in the premises and it appearing that the parties agree and consent to a judgment as set forth herein, and the defendant, Julie Newton, having consented to the terms of this Order and having waived any defenses and the formal service of further process in this action, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered for the Social Security Administration, Debt Management Section, Attn: Court Refund in the amount of $14,144.70.

2. Execution of the Judgment shall be stayed on the condition that the defendant shall satisfy this Judgment by making monthly installment payments in the amount of at least $100.00, commencing with the first day of the next calendar month after entry of judgment and continuing each and every month thereafter until the Judgment is satisfied in full. All

check or money orders are to be made payable to Social Security Administration, Debt Management Section, Attn: Court Refund, P.O. Box 2861, Philadelphia, PA 19122.

3. That the defendant shall submit to the United States for review on at least an annual basis a statement of his financial condition and that such information shall be grounds to increase the payments of the defendant to the plaintiff at that time.

4. The Judgment shall be filed with the federal clerk of the county of residence of the defendant and any other jurisdiction where the United States deems appropriate.

5. In the event the defendant defaults in the payment of any installment due under this order, upon application by the United States after notice to the defendant, an execution shall be issued by the Clerk for the full amount of the indebtedness certified to be due and outstanding.

6. Notice to the defendant pursuant to Paragraph 5 above shall be deemed due and sufficient notice if sent by first class mail, postage prepaid to the defendant, Julie Newton at least ten (10) days prior to the issuance of such execution.

CONSENTED TO:

JANE W. DUKE
UNITED STATES ATTORNEY

*Linda B. Lipe*             2-25-10
LINDA B. LIPE             Date
Assistant U.S. Attorney

_Julie Newton_  
JULIE NEWTON  
DEFENDANT

2-25-2010  
Date


APPROVED:  
_[signature]_  
UNITED STATES DISTRICT JUDGE

3/3/2010  
Date